DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WING KEI HO,**
Appellant,

v.

**BANK OF AMERICA,**
Appellee.

No. 4D16-3257

[October 12, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 50-2012-CA-006509-XXXX-MB.

Wing Kei Ho, Boynton Beach, pro se.

Elizabeth A. Henriques and Mary J. Walter of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***